IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY A. OLONOVITCH,                    :          NO. 2:08-cv-2718
        Petitioner                          :
                                  :
        VS.                                 :
                                    :
SUPERINTENDENT JAMES McGRADY,             :
        AND                                 :
COMMONWEALTH OF PENNSYLVANIA,             :
        AND                                 :
THE DISTRICT ATTORNEY                     :
OF CHESTER COUNTY,                        :
        AND                                 :
THE ATTORNEY GENERAL OF                   :
THE STATE OF PENNSYLVANIA,                :
        Respondents                         :

## O R D E R

ANITA B. BRODY, J.

      AND NOW, this _8th_ day of _April_ , 2009, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED.

3. There is no basis for the issuance of a certificate of appealability.

                    BY THE COURT:

                    ANITA B. BRODY, J.

_Copies via ECF on ___ to:. Copies via US Mail on ___ to:._